**PRISON LAW OFFICE**
DONALD SPECTER (SBN 83925)
SARA NORMAN (SBN 189536)
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
Email: dspecter@prisonlaw.com
        snorman@prisonlaw.com


**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (SBN 109321)
DANIELLE GINTY (SBN 261809)
NICHOLAS GREGORY (SBN 275582)
KELSEY MORRIS (SBN 277859)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Fax: (415) 765-9501
Email: shanson@akingump.com, dginty@akingump.com
        ngregory@akingump.com, kmorris@akingump.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| QUINTON GRAY, et al., on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE,<br><br>Defendant. | Case No. EDCV13-0444 VAP (OP)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SARA NORMAN REGARDING CLASS MEMBER COMMENTS ON PROPOSED SETTLEMENT**<br><br>Date:　April 11, 2016<br>Time:　2 p.m.<br>Judge: Hon. Virginia A. Phillips |

I, Sara Norman, declare,

1.     I am the managing attorney at the Prison Law Office.  I am an attorney admitted to the bar of this Court and lead counsel for Plaintiffs in this matter.

2.     On February 9, 2016, I received in the mail from this Court a set of six letters, and on February 17, 2016, I received one additional letter.  Each of the seven letters was from a prisoner in a Riverside jail, addressed to the Clerk of this Court, and  stamped received by the Clerk of the Central District.

3.     Pursuant to direction from the Court, I hereby file these seven letters, attached hereto as Exhibit A.  These letters are filed in their entirety (with the exception of one Social Security Number that has been redacted) and constitute all of the letters that plaintiffs' counsel has received to date forwarded from this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 22nd day of February 2016 in Berkeley, CA.

_____/s/_____

Sara Norman

# EXHIBIT A

RE: GRAY V. RIVERSIDE COUNTY, CASE NO. EDCV13-0444
VAP (OP)

HONORABLE JUDGE,

PLEASE ALLOW THIS MISSIVE TO COMMENT ON THE
CONCERNS REGARDING THE CONSENT DECREE AND
THE HOPES THAT THE SETTLEMENT MAY EQUALLY
EFFECT ALL INMATES WITHIN THE JURISDICTION OF
THE RIVERSIDE COUNTY JAIL SYSTEM.
     I AM AN INMATE CONFINED AT THE SOUTHWEST
DETENTION CENTER, IN MURRIETA, CALIFORNIA. I
HAVE BEEN INCARCERATED FOR 23 MONTHS, AND
FOR THE LAST 20 MONTHS I HAVE BEEN CONFINED
IN THE DISPENSARY UNIT (A-POD MEDICAL) AND
PRESCRIBED EXTREME ISOLATION BY THE ADMINISTRATION
CLASSIFIED AS "AD. SEG", HOUSED IN THE MEDICAL
UNIT; NOT THE SECURITY HOUSING UNIT, I DO NOT
HAVE ANY MEDICAL CONDITIONS OR CONCERNS TO
WARRANT MEDICAL HOUSING. I AM A PRETRIAL
DETAINEE WHOM HAS BEEN REPRISED AGAINST
FOR EXERCISING MY FIRST AMENDMENT RIGHT,
THUS BEING SUBJECTED TO EXTREME ISOLATION
WITH THE ADMINISTRATION'S HOPE THAT I
WILL BECOME PSYCHOLOGICALLY DETERIORATED.
THE PRACTICE OF EXPOSING AND SUBJECTING
INMATES TO PROLONGED SOLITARY CONFINEMENT

is overtly DRACONIAN. I AM CONFINED TO MY RESPECTIVE living QUARTERS 24 HOURS A DAY, I never leave my CELL, my SHOWER is in my CELL AND I AM NOT AFFORDED ANY OTHER ACTIVITIES. EXCEPT RECREATION 3 HOURS A WEEK, ALONE.

AS I READ THE CONSENT DECREE, I BECAME HOPEFUL THAT OUT-OF-CELL CONFINEMENT SUCH AS THAT PROVIDED TO INMATES in OTHER HOUSING UNIT WOULD BE MADE AVAILABLE TO ALL INMATES.

THANK YOU FOR YOUR TIME AND ATTENTION ON THIS CONCERN. HAVE A NICE DAY.

SINCERELY AND
RESPECTFULLY SUBMITTED,

DATED: 1-29-16

SALVADOR VENEGAS

MAILING ADDRESS:

SALVADOR VENEGAS
#201409866 - A4
30755-B AVIO RD.
MURRIETA, CA. 92563.

5:13-CV-444-VAP
Garay v. County of Riverside

SALVADOR VENEGAS
#201400866-A4
30155-B Pro-A4
MURRIETA, CA-92563.

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 3 2016

92501380170

SAN BERNARDINO CA 924
01 FEB 2016 PM 5 1

FOREVER
USA

Bank Swallow



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA,
EASTERN DIVISION
3470 Twelfth St. ROOM, 134
RIVERSIDE, CA-92501.



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

1⅓ qM mAiL

40qy FI.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION


TO. THE CLERK OF THE COURT

RE: CASE NO. EDCV 13-0444 VAP(OP)
GTRAY V. COUNTY OF RIVERSIDE

FROM, GREGORY W PHILLIPS BKG#201545461
ROBERT PRESLEY DET. CENTER
RIVERSIDE, CA, 92502

CLERK OF THE COURT,
    PLEASE FIND ENCLOSED A LETTER TO
THE ABOVE ENTITLED COURT, PLEASE EXCEPT THIS
LETTER AS A FRIEND TO THE COURT IN THE ABOVE
INTITLED CASE.

    THANK YOU FOR YOUR TIME IN THE
ABOVE MATTER.

RESPECTFULLY SUBMITTED,          DATED
                                 1/28/2016
cc: GREGORY W. Phillips
    BKG# 201545461
    ROBERT PRESLEY DET. CENTER
    RIVERSIDE, CA. 92502
    (760) 272-7642

        430 N. PALM AVE SPC.105
        HEMET, CA. 92543

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
JANUARY, 18, 2016

TO THE ABOVE INTITLED COURT IN RE: CASE # EDCV 13-0444
VAP(OP) GRAY V. COUNTY OF RIVERSIDE PROPOSED REMEDIAL PLAN.

I AM WRITEING THIS LETTER AS A FRIEND OF THE
COURT REGARDING THE FAIRNESS IN THE CLASS ACTION SETTLEMENT
IN THE ABOVE INTITIED CASE, I AM A PLAINTIFF UNDER THIS
CLASS ACTION, AS I AM SERVING A SENTENCE IN RIVERSIDE
COUNTY JAIL UNDER AB109, SUPERVISED BY CDCR. ALSO A
ADA class INMATE UNDER THE Armstrong V. Brown, Remedial
Act.

I DO NOT FEEL THE ISSUES RAISED BEFORE THE COURT BY
THE PLAINTIFFS HAVE BEEN FULLY ADDRESSED NOR RESOLVED
EVEN CLOSE TO STANDARD BY THE DEFANDANTS, THE COUNTY OF
RIVERSIDE, AND COUNTY OF RIVERSIDE SHERIFFS DEPT. ARE NOT
Following FEDERAL STANDARDS REGARDING THE Americans with
DISABILITIES ACT (ADA) IN THE RIVERSIDE COUNTY JAILS, NOR DO
THE SHERIFF HAVE THE MEANS TO ADHERE TO THIS COURTS UNDER-
LIEING ORDER IN THE PROPOSED REMEDIAL PLAN. ALL medical/
AND or MENTAL HEALTH BE SCREENED, AND ALL ADA class Persons
BE HOUSED APPROPRIATLY DO TO THEIR DISABILITES, THE JAIL DOES
NOT HAVE THE FACILITIES, NOR THE BEDS AVAILABLE IN THE COUNTY
OF RIVERSIDE TO BE IN COMPLIANCE WITH THIS COURTS ORDERS
AND THE (ADA) ACT.

INMATES WITH MOBILITY IMPAIRMENT/DISABLED LIKE MYSELF
or WHOM FALL UNDER THE ADA ACT, ARE NOT HOUSED APPROPRITLY
BY THE SHERIFF AND ARE FORCED TO CLIMB TO A TOP BUNK OR
CHOOSE TO SLEEP ON THE FLOOR WITHIN THEIR LIVING AREA.

II

BEING A ADA CLASS INMATE I HAD TO ENDURE SEVERAL
WEEKS OF CLIMBING UP AND DOWN STAIRS, AND CLIMBING UP
TO A UPPER BUNK. AS I WAS HOUSED IN A CELL WITH A
SAME CLASS TYPE INMATE WHO ALSO HAS MOBILITY ISSUES,
IT TOOK ME TO HAVE TO FILE A JAIL GRIEVANCE, REGARDING
JAIL PROCEEDURES (SEE ATTACHED) TO GET THE SHERIFF TO
ACCOMADATE AND FIX MY HOUSEING ISSUE.

DO TO THESE ISSUES THAT HAVE YET TO BE FIXED BY
THE COUNTY OF RIVERSIDE, PLAINTIFF PLEADS TO THE COURT IT
MUST CONTINUE TO MONITOR THE MEDICAL DEPARTMENT
OF THE RIVERSIDE COUNTY JAILS UNTIL IT MEETS FEDERAL
STANDARDS AND IN COMPLIANCE WITH THE ADOPTED REMEDIAL
PLAN OF THIS COURTS ORDERS.

I FEEL WITH THE COURTS CLOSE MONITORING AND
ADDRESSING THE ISSUES RAISED BEFOR THE COURT, THE CONCERN
REGARDING THE COMPLIANCE OF THE AMERICANS WITH
DISABILITIES ACT (ADA) AND PLAINTIFF MUST NOT AGREE
TO A REMEDIAL PLAN THAT FAILS TO ADDRESS THE (ADA),
FEDERAL STANDARDS, AND FEDERAL RIGHTS UNDER THE CONSTITUTION.

I ASK THE COURT TO CONTINUE MONITORING EVERY
SECTOR OF THE RIVERSIDE COUNTY JAILS MEDICAL HEALTH
CARE SYSTEM. UNTIL THE ISSUES OF CONCERN ARE FULLY ADDRESSED
AND RESOLVED IN THE TIME FRAME AGREED UPON BY THE
PARTIES, AND ORDERED BY THE COURT. I ASK THE COURT TO
ALLOW THIS LETER BE PART OF THE COURT RECORD,

THANK YOU FOR YOUR TIME IN ALLOWING ME TO
ADDRESS MY CONCERNS IN THIS COURT ACTION,

RESPECTFULLY,

GREGORY W. PHILLIPS

GREGORY PHILLIPS BKG # 2015454 61
ROBERT PRESLEY DET. CENTER
P.O. BOX 710
RIVERSIDE, CA. 92502



5:13-CV-00444-VAP
Gray v. County of Riv.

9250 1389599

To: CLERK OF THE COURT

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 TWELTH ST. ROOM 134
RIVERSIDE, CA.

SAN BERNARDINO CA 924
02 FEB 2016 PM 4 L

FOREVER
USA

Bank Swallow



LEGAL MAIL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

Dear,

Clerk of the Court, Back in July 28, 2014 I got shot in my Neck with a haunting Rifle 22 cal. The bullet is In large in my Neck. The Doctor from the Hospital in Riverside gave me Some paper work Stateing that I get A mandetory check Up of my Lungs, A follow Up on My Tumor I got in the back of the Neck and The Bullet inlarged in my neck. South West Detention Center is not giving Me my addiquite Medical Attention. The follow Up on my Lungs They haven't done. The Surgery of the Removal of My Tumor has not been done, And The bullet in My Neck is still there, Now please I don't want to Sue but they are not doing what the Doctor from Riverside said I Just Recantly got Me A private Attorney So I should be starting my law Suit.

Thank You
Robert Arroyo
#201435678  E-3-51

P.S. I've been waiting for 17 Months & 15 days.

God Bless.

Robert P. Arroyo #201435478
South West Detention Center
30755 B- Auld Road
Murrieta, CA 92563

SAN BERNARDINO CA 924
19 JAN 2016 PM 5 L

FOREVER
USA

Bank Swallow

9250138017

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JAN 21 2016
CENTRAL DISTRICT OF CALIFORNIA

Clerk of The Court
United States District Court
Central District Of California Eastern Division
3470 Twelfth Street Rm 134
Riverside, California



FSC
MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

JONATHON J. KOHUT #201507348
IN PROPIA PERSONA
30755-B AULD RD.
MURRIETA, CA. 92563


TO: CLERK OF THE COURT (UNITED STATES DISTRICT COURT)

RE: MEDICAL TREATMENT IN SOUTHWEST DETENTION
CENTER, COUNTY OF RIVERSIDE. (GRAY V. COUNTY OF RIVERSIDE,
C.D. CAL. No. EDCV 13-0444 VAP (OP) )

JANUARY 16, 2016


TO WHOM IT MAY CONCERN,

I AM AN INMATE WHO IS CURRENTLY HOUSED IN A FACILITY
UNDER THE MANAGEMENT OF THE RIVERSIDE COUNTY SHERIFF'S
DEPARTMENT. I AM HAVING DIFFICULTIES IN OBTAINING THE NEC-
ESSARY TREATMENT FOR A CHRONIC MEDICAL CONDITION INVOLVING
PERMANENT NERVE DAMAGE IN MY MANDIBLE. A BOTCHED SURGERY TO
REPAIR A BROKEN MANDIBLE LEFT ME WITH PERMANENT NERVE DAMAGE.
THIS IS AN EXTREMELY PAINFUL CONDITION.
I SOUGHT TO HAVE MY MANDIBLE SURGICALLY REPAIRED BUT WAS
DENIED THE PROCEDURE DUE TO PRE-PROCEDURE ORTHODONTICS THAT WOULD
NEED TO BE UNDERGONE BUT AREN'T AVAILABLE IN THE COUNTY JAIL SYSTEM.
THAT DECISION ESSENTIALLY LEFT ME NEEDING TO PURSUE PAIN MANAGE-
MENT COURSES OF TREATMENT TO DEAL WITH THE SYMPTOMS OF THE
DAMAGED NERVES. IT IS MY OPINION THAT THE TREATMENT I HAVE
RECEIVED THUSFAR IS COMPLETELY SUBSTANDARD AND CONSTITUTES

A VIOLATION OF MY CONSTITUTIONAL RIGHTS UNDER THE 8TH AMENDMENT; CRUEL AND UNUSUAL PUNISHMENT, AS WELL AS DELIBERATE INDIFFERENCE.

I HAVE SPOKE WITH THE FACILITY PHYSICIAN ON NUMEROUS OCCASIONS AND I'M REPEATEDLY DENIED THE MEDICATION I NEED. I'VE REQUESTED TO SEE A NEUROLOGIST IN ORDER TO BE EXAMINED AND OBTAIN A PROPER AND INFORMED ASSESSMENT OF MY CONDITION AND TREATMENT OPTIONS BUT I'VE BEEN REFUSED. THE PHYSICIAN FINALLY PRESCRIBED ME A MINISCULE AMOUNT OF GABAPENTIN TO DEAL WITH THE SYMPTOMS. THIS MEASURE HAS PROVED INEFFECTIVE. THIS MEASURE WAS TAKEN WITHOUT ANY SORT OF EXAMINATION OR EVEN A LOOK AT X-RAYS. HOW COULD AN INFORMED DECISION POSSIBLY BE MADE WITHOUT ANY SORT OF EXAMINATION? WHAT REASON WOULD THERE BE TO DENY ME A TRIP TO A NEUROLOGIST SO I COULD BE PROPERLY EXAMINED?

I'M HOPING THAT CONDITIONS WILL CHANGE OVER HERE WITH REGARD TO THE WAY CONDITIONS INVOLVING PROPER ASSESSMENT ARE APPROACHED. FOR ME TO HAVE TO RESORT TO WRITING THE COURT IS COMPLETELY WRONG. I'M A HUMAN BEING AND I HAVE RIGHTS. I SHOULDN'T HAVE TO ENDURE UNNECESSARY PAIN AND SUFFERING BECAUSE OF BEING REPEATEDLY DENIED AN EFFECTIVE COURSE OF TREATMENT.

YOUR ATTENTION IN THIS MATTER IS GREATLY APPRECIATED.

SINCERELY,

JONATHON J. KOHUT
#201507348 (SNDC)
IN PROPIA PERSONA

J. KOHUT #201507348
IN PROPRIA PERSONA
30755-B AULD RD.
MURRIETA, CA. 92543

LEGAL
MAIL

9250138017O

— CLERK OF THE COURT —
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 12TH ST., RM. #134
RIVERSIDE, CA. 92501

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

SAN BERNARDINO CA 904
15 JAN 2016 PM 7 L

FOREVER
USA

Bank Swallow



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

LEGAL MAIL
N6200

Judge           Gray V. County of Riverside Case EPCV13-04
                                                        VapCa

First let me start please by saying I don't know nothing
about Gray V. County of Riverside, but I do need
help with my case so I think I should write a
Judge so here I go this is edited for your time
I will write the whole story out if you like
I wrote it out for the ACLU in New York
Sorry if my spelling is off a little To whom it
my concern hello my name is Robert Allen Cheney
I died here in the county Jail southwest
Detention center "really RCMC I grievanced
it too the watch comander I got out of
Jail June 2, 2015 with my papers got the car
impounded now I don't have my copies to send
a lawyer I wrote a couple lawyers trying to
get help nothing. they tell me they being
the cops here they Copies are in arrives but
a Judge has to ask for them or a lawyer sir/
ma'am no one wants to take my case with
out my Copies how I died was I got a tooth
pulled I was not given no antibiotics prior to
getting the tooth pulled two teeth to be corre
but up state I did ever time I was injected
with a substance I was allergic to and I
let them know which caused my troat to
swell up and my Jaw not to open I couldn't
eat for four days on the second day
they gave me benadryl and told me I had

Dr, Sockod they stuffed paper that smelled
like clove oil I was retarded I had to get
help down the stairs I got septic but on
the second day I didn't know what was going
on I could understand nothing I couldn't
beary talk then I had to go suidcide watch
Just to get medical attention on my fourth
day cause I could feel it rapping around
my boner still haven't ate tell I went to
the hospital I had a pick line to my heart
was on beathing treatment all behind getting
a tooth pulled and this is way edited made
short cause the story goes on for four two
six pages I have names of the cops that
are witness Ab 109 Mental heath lady is a
witners and they tell me at Prison law office
that I'm part of Gray V. county of Riverside
to improve medical so that is what my life
is worth I'm Just asking no disrespect they
didn't have to sit in ICU for two weeks
with shackles on have a chaplin come pray
for you not to be able to say good bye
to your son on your death bed to be put
into a dirty holding cell for three days
after being released from the hospital for
three days like I said this story is edited
cause you gays probably have alot on your
plate in a day

So if you could please help me out on this matter I would be grateful for your time my Issue is beyond Just Medical it has to do with dental and the Jail conditions and Jail procedures I have done everything on the grievance part Just dont have my copies my Medical files are at RCMC my SS# is ███████████ like I said I have witness to all of this thank you for your time Im at
Southwest Detention Center under
Jeffrey Chenoy  701536571
30755-B Add Rd
Murrieta, Ca
        92563.



Jeffrey Chaney 2013336571
50255-B Avol of Ed
Murrieta, CA
92563

Legal
Mail

United States District Court
Central District of California
Eastern Division
3470 Twelfth St, Rm. 134
Riverside, CA
92501

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

92501380170



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

5475

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JAN 1 3 2016

CENTRAL DISTRICT OF CA
BY _____ DE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
JANUARY 12, 2016

DEAR CLERK OF THE COURT OF THE ABOVE INTITLED
COURT, PLEASE EXCEPT THIS LETTER AS A FRIEND
OF THE COURT IN THE MATTER OF CASE NO. EDCV 13-0444
VAP. GRAY V. COUNTY OF RIVERSIDE,

IN REGARD TO THE FAIRNESS AND DISPOSITION AGREED UPON
BY THE PARTIES AND PROPOSED REMEDIAL PLAN ADOPTED BY
THE COURT.

I AM A PLAINTIFF IN THE ABOVE CLASS ACTION CLAIM
AS I WAS AND STILL SERVING A DETERMENT SENTENCE
IN THE RIVERSIDE COUNTY JAIL, COUNTY OF RIVERSIDE.

I HAVE GRAVE CONCERN OVER THE PROPOSED REMEDIAL PLAN
DO TO THE FACT BEING A PLAINTIFF IN THE CLAIM, I HAVE
ONGOING PERSONAL INJURY ISSUES, THAT STILL HAVE YET TO BE
RESOLVED BY THE COUNTY OF RIVERSIDE, INJURY SUFFERED WHILE
INCARCERATED IN RIVERSIDE COUNTY JAIL, WITH AMPLE DOCUM-
ENTATION TO CORROBORATE WITH MY REPORTED CLAIM TO THE
RIVERSIDE COUNTY SHERIFF AND COHORTS / STAFF, MEDICAL PERSONELL
OF THE CORRECTIONS HEALTH SERVICES (CHS).

THE DOCUMENTATION AND TIME LINE CLEARLY SHOWS THE
NEGLEGENCE BY THE C.H.S STAFF AND THEIR MIS DIAGNOSIS
OF MY INJURIES AT THE TIME OF THE INCIDENT REPORTED,

ALLOWING ME TO FURTHER INDURE PAIN AND SUFFERING.
LEAVING ME TO SUFFER AND EXPERIENCE MOBILITY IMPAIRMENT
IN MY RIGHT AND LEFT ARM,

THE INJURY TO MY RIGHT ARM WAS DO TO A ASSAULT ON ME
AT WHICH TIME I FELL ON MY ELBOW AND CAUSED A FRACTURE,
I WAS SEEN AND TREATED BY THE JAIL MEDICAL NURSE IT
WAS NOT UNTIL SOMEWHAT OF THREE (3) MONTHS LATER THAT I
WAS REFERED FOR X RAYS, THAT SHOWED OF POSITIVE RESULTS, ALL
WHILE UNDER THE JURISDICTION OF THE SHERIFF AND RIVERSIDE
COUNTY, LEAVING ME AT THE MERCY OF THE RIVERSIDE COUNTY
SHERIFF TO SEE THAT I GET THE MEDICAL ATTENTION I NEEDED
AND FAILING TO DO SO IN A TIMELY MANNER, HAS LEFT ME SEVER-
ALLY MOBILITY IMPAIRED AND WITH SEVERE CHRONIC PAIN DAILY

I Am Unable to Do Normal Exercises Do to my Injury Inflicted upon me while in Custody at the Riverside County Jail. I was forced to indure being Housed on a top Bunk needing to climb several feet Just to sleep, or choose to sleep on the floor, it took several Jail Grievances for me to Resolve my Housing issues with the Sheriff And Get Reasonable Accomadations in my classification notes. (See class notes:) where ive been assigned a low Bunk / tier chrono, I recieve no kind of Physical therepy nor pain managment medication, I have only ever been Prescribed IBProfen, (motrin) By (C-HS) even when having a Prescription from RCRMC Emergency Room Dr's, the Jail medical Rufused to give it to me making me to only suffer through the Pain i was experiencing,

   I have Been Prescribed Motrin for 2+ yrs. i Continue to suffer And Exp. pain Do to my injuries, And Arthoritis now in my Back And Joints, Do to my Extreme weight Gain, I Continue to feel my Body Deteriate And the Corrections Healthcare Services (C.HS) Are not taking the Reasonable steps to ensure my medical Concerns Are Being Addressed, failing to Diagnosis me Properly, And treat me with pain managment medication that is effective is Cruel And Unusual Punishment, the treatment inmates Recieve is not up to federal standard, my Case Being Clear Proof to the Court of the ongoing neglect that inmates Recieve By Corrections Healthcare Services (CHS)

   So I ask this Court As A Plaintif not to allow the defendants off the Hook, Pro Se. This Court must Continue to follow through And Monitor the CHS dept. of the Riverside County Jails And Give defendants A time line to Be in Compliance with the federal Rights of the Constitution And if fail to do so shall allow Plaintiff As A Class further monetary damages, Beyond the fees Awarded in the Plaintifs Remedial Plan motion.

   I ask the Court to Address these issues And allow this letter to be Part of the Court Record.

         Thank you for your time in this matter

                    Respectfully Submitted,                    Date, 1-10-2016

III

Signed _Gilbert Flores_

GILBERT FLORES

DATED 1 - 10 - 2016

cc: GILBERT FLORES
BKG# 201332772
PO BOX 710
RIVERSIDE, CA. 92502

I DECLARE Under Penalty of Perjury THAT THE FORGOING is TRUE AND Correct, AND TIMES AND DATES TO THE BEST OF MY Knowledge ARE TRUE.

GILBERT FLORES

DATED 1 - 10 - 2016

GILBERT FLORES BK#2013322172
P.O. Box 710  3B-6B
RIVERSIDE / CA  92502

CLERK US DISTRICT COURT
JAN 13 2016

ATTN:
CLERK OF
THE COURT

EDCV 13-444 VAP (OPx)

SAN BERNARDINO CA 924
11 JAN 2016  PM 2 L

FOREVER
USA
Bank Swallow

To United States District Court
Central District of California
Eastern Division
3470 Twelfth St. Rm. 134
Riverside, CA 92501
92501     Riverside





RECEIVED
FEB 0 9 2016
BY:

MARCUS GORDON #201538522
SOUTHWEST DETENTION CENTER
30755-B AULD ROAD
MURRIETA, CA 92563
                FEBUARY 5, 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA,
EASTERN DIVISION
3470 TWELFTH STREET, RM 134
RIVERSIDE, CA 92501
        RE: COPY OF THE REMEDIAL PLAN & CONSENT DECREE
            IN GRAY V. COUNTY OF RIVERSIDE
            C.O. CAL NO EDCV13-0444 VAP (OP)
Greetings Clerk,
    Hello, I am respectfully requesting a copy of the
CONSENT DECREE and REMEDIAL PLAN that
was issued in the settlement of GRAY V. COUNTY OF
RIVERSIDE in C.D. CAL NO EDCV13-0444 VAP (OP).

    Thank you for your time and consideration in this matter.
                Respectfully,

                MARCUS GORDON #201538522



MARCUS GORDON #2015388522
SOUTHWEST DETENTION CENTER
30755-B AULD ROAD
MURRIETA, CA 92563

LEGAL MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 10 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

92501389599

ATTN: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
3470 TWELFTH STREET, ROOM 134
RIVERSIDE, CA 92501

LEGAL MAIL

SAN BERNARDINO CA 924
08 FEB 2016  PM 7 L

FOREVER
USA

Bank Swallow

5:13-cv-00444-VAP

Gray v. County of Riverside

MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RECEIVED
FEB 17 2016

© USPS 2012