**PRISON LAW OFFICE**
DONALD SPECTER (SBN 83925)
SARA NORMAN (SBN 189536)
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
Email: dspecter@prisonlaw.com
snorman@prisonlaw.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (SBN 109321)
DANIELLE GINTY (SBN 261809)
NICHOLAS GREGORY (SBN 275582)
KELSEY MORRIS (SBN 277859)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Fax: (415) 765-9501
Email: shanson@akingump.com, dginty@akingump.com
ngregory@akingump.com, kmorris@akingump.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

QUINTON GRAY, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF RIVERSIDE,

Defendant.

Case No. EDCV13-0444 VAP (OP)

**CLASS ACTION**

**SECOND DECLARATION OF SARA NORMAN REGARDING CLASS MEMBER COMMENTS ON PROPOSED SETTLEMENT**

Date: April 11, 2016
Time: 2 p.m.
Judge: Hon. Virginia A. Phillips

I, Sara Norman, declare,

1. I am the managing attorney at the Prison Law Office. I am an attorney admitted to the bar of this Court and lead counsel for Plaintiffs in this matter.

2. On February 22, 2016, I filed with the Court seven letters from prisoners in the Riverside jails. These letters were addressed to the Clerk of this Court, stamped received by the Clerk of the Central District, and forwarded to me. They relate to the proposed settlement in this case.

3. I have since received five more letters forwarded from the Clerk of this court, written by prisoners in Riverside jails.

3. Pursuant to direction from the Court, I hereby file these five additional letters, attached hereto as Exhibits A and B. These letters are filed in their entirety and, along with the February 22 filing, constitute all of the letters that plaintiffs' counsel has received to date forwarded from this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 18th Day of March 2016 in Berkeley, CA.

_______/s/________

Sara Norman

# EXHIBIT A

Quinton Gray, EtaL Vs. County of Riverside

Case # C.D. Cal. NO. EDVC 13-0444 VAP (OP)

I Michael J. Carr BK. #201600825
CA. I.D. # N3681259 D.o.b. 9-30-1957

I hope To have my Attorney's at

Prison Law Office
San Quentin, CA. 94964
Ph. # 510 280-2621
FAX # 510 280-2704
or Ph# 415 765-9500 10

They will File a Petition for Writ of habeas Corpus For me!

For up coming Court Fairness Settlement. on April 11, 2016 Court Rm 2 at 2:00 P.M.

"For pernament Injured Right Arm! ECT. For Medical Law Suite"

I am in Jail from 1-1-10 to 3-2-16

For Misdemener 2nd D.U.I. in 10 Years!

"Never had a Felony"

P.S. I will Contact you Soon!

Yours Truly

Michael J. Carr

Michael J. Carr
26220 Leon Rd.
HomeLand, CA. 92548
or → P.O. BOX 358 " " "

Michael J. Carr
Cell 805 850-9539
FAX 951 923-4047

Carr, Michael BK.# 201600825
1627 S. Hargrave St.
Banning, CA. 92220

Legal Mail

SAN BERNARDINO CA 924
09 MAR 2016 PM 7 L




To: Clerk of the Court
United States District Court
Central District of Calif. Eastern Division
3470 Twelfth St. Rm. 134
Riverside, CA. 92501

RECEIVED
MAR 14 2016

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

92501380170

3-5-16

Francis Martin Bkg# 201546062
Larry Smith Correctional
Banning, Ca 92290
Bldg # 5

Concerning Lawsuit against Riverside Co
Case# C.D. Cal. # E.D.C.V. 13-0444 VAP
"Quenton Grey, Etal Vs. Co. of Riverside

I would like to be involved and would appreciate any Info. you can send me. My home address is "5932 Fairman st. Lakewood Ca. 90713"

Phone# 310-344-9918

Thank You!

[signature]


Francis Martin Bkg. # 201546062
1627 S. Hargrove St.
Banning, Ca. 92220
SN BERNARDINO CA 924
07 MAR 2016 PM 4 L
FOREVER USA
RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY
Legal Mail
Clerk of the U.S. District Court
Central District of Calif. Eastern Div.
3740 Twelfth St. Room 134
Riverside, Ca. 92501
92501383340
RECEIVED
MAR 14 2016

QUINTON GRAY. ETAl VS COUNTY of RIVERSIDE
C.D. CAl. NO. EDCV 13-0444 VAP(OP)

I CHRISTIAN MARTINEZ ROMERO BK# 20160254|
MY HOME ADDRESS IS 1254 E. EIMA. ST # A
ONTARIO CA 91764. Tel- 909-544-8718

ATTN I WANT TO BE PART OF THE MEDICAl LAWSUIT AGAINST RIVERSIDE COUNTY MY ATTORNEY SHOULD BE IN CONTACT WITH YOUS SARA NORMAN 510-280-2621

SINCERELY
Christian Martinez Romero 3/6/16


Martinez Romero, Christian Bk. # 201602541
1627 S. Hargrave St.
Banning, CA. 92220
SN BERNARDINO CA 924
07 MAR 2016 PM 6 L
PURPLE HEART
FOREVER USA
RECEIVED
U.S. DISTRICT COURT
MAR - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY
Legal Mail
Clerk of the Court
United States District Court
Central District of Calif, Eastern Division
3470 Twelfth St. Rm. 134
Riverside, CA. 92501
RECEIVED
MAR 14 2016
92501380170