# EXHIBIT B



2/18/16

Your Honor,

My name is William Millerbis-McCord and I am a 49 year old inmate serving a 5 year sentance under AB109 at the Larry D. Smith Correctional Facility in Banning. I am to serve 4 years in custody with 1 year supervision. I have been in this facility since 2/22/15. When I was booked I informed the deputies of my medical problems that include severe degenerative disc disease, spinal stenosis, peripheral neuropathy, sciatica and Levoscoliosis. I had been receiving treatment for these painful conditions prior to incarceration and was in the process of scheduling surgery to relieve the pressure on the nerves in my spine. During the year I have been incarcerated I have filed dozens of "Inmate Requests for Medical Care" forms. Grievances and grievance appeals to the highest level at this facility. I took 6 month before I saw an actual physician and had only been recieving Motrin for the first 7 months of incarceration. In the last 3 months I have seen a neurologist twice and an orthopedic surgeon. I have had an MRI and EMG tests which confirmed my neurological problems that have been causing extreme pain, numbness and loss of mobility for the past 11 months. I even got a court order from Riverside Superior Court on 11/5/15 ordering diagnosis and treatment

②

to relieve my constant pain and halt the potentially permanent crippling damage to my nerves. I have been told by medical and jail staff that the RCS department does not have the money to provide the surgery I require. The orthopedic surgeon from RUHS, Dr. Kenney, told me surgery would be required to remove a bony protrusion from my spine causing pain and nerve damage. He also stated that due to the fact that he is not my "primary care doctor" he could not order surgery and that this facilities policy is to put me through physical therapy then cortisone injections before surgery will be done. He agreed that neither of these treatments would reduce my pain and other symptoms, I have received both treatment prior to incarceration and neither worked. He also said surgery was the only realistic treatment but that the county would try to avoid that due to the expense. He said "if I "were his patient that he would order surgery right away"

    I read the terms of the Grey v. County of Riverside settlement and agree that if those policies were implemented it would result in more "patient" care for the inmates.

    My problem is that those policies are still months away from being able to help me get

③

the surgery I need right away. I have no family or people on the outside to assist me and have been trying to enlist the aid of my state appointed attorney who handled my original case. I would like to know if I can file a Habeas Corpus for immediate relief directly to your Court to avoid the obvious conflict of interest that would occur if I filed it in Superior Court? As I stated, I have documentation of grievances and appeals, access to extensive medical records from before and since my incarceration including x-ray's, MRI and diagnosis from multiple doctors and a court order from Riverside Superior Court that has been ignored by the Sheriffs department. I need immediate relief so I can get surgery right away. This facility continues to delay or deny the treatment I require due to financial considerations, in direct violation of my 8th and 14th amendment rights. I need help now. If you can put me on calendar to hear this matter or advise me of the proper venue I would greatly appreciate it. Thank you in advance for taking the time to consider this urgent appeal and for any assistance you can render.

Thank You,

William Millerbis-McCord
Bk# 201507940



William Willenbois-McCord
BL# 30150 7740
SCF 1627 S. Hargrave St.
Deming CA 95320

— Legal Mail —

CLERK, U.S. [DISTRICT COURT]
FEB 24 2016
CENTRAL DISTRICT OF [CALIFORNIA]

SAN BERNARDINO CA 924
22 FEB 2016 PM 5 L

Hon. Virginia A. Phillips
United States District Court
Eastern Division
3470 Twelfth St.
Riverside, CA 92501

— Legal Mail —

RECEIVED MAR 07 2016

FOREVER USA
Bank Swallow





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

— Legal mail —

© USPS 2012

2-12-16

Clerk of the Courts

I'm writting you per the law suit grey vs riverside the medical is bad the jail doctor Suares is like a robot opperating under strict jail policy.

I'm writting to raise two issues.

#1. I Had a major knee surgury cadaver ligment/replacement ACL 3 MCL, muniscus repair and bone scrapping. Since arriving in SWDC I've tried to file numerous grievances just to get them to do a MRI and see a specialist to which I still need PT and I have lots of bone spurring in my knee I'm in major pain and the specialist at ortho recomended shoes soft oppose to the sandels they provid us to wear and they said its against their policy something has to be wrong with my feet my surgen from corona ortho

"Dr. Locke and spine specialist Dr. Lima of Murrieta spine & ortho both faxed orders & recommendations for soft soled shoes. I still havn't recieved any P.T. and they denied my grievance at second level. I'm waiting for response of third level. So they need to change policy on shoes to expand to other needs as well, not only feet.

#2 Dayroom they are still limiting dayroom to their set days of convience to their needs. Average 2-4 hrs of Dayroom a day with only 1½ hrs of recreation every three day- 3 hrs a week not good for mental Health

Thank you

Respectfully

JONATHAN RUGGLES
#201538491

