ARTHUR K. CUNNINGHAM, SBN 97506
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
(909) 387-1130 - Phone
(909) 387-1138 – Fax
Email: Arthur.Cunningham@lewisbrisbois.com

JAMES E. BROWN, Assistant County Counsel (SBN 162579)
KELLY A. MORAN, Deputy County Counsel (SBN 267147)
OFFICE OF COUNTY COUNSEL
3960 Orange Street, Suite 500
Riverside, CA 92501-3674
Telephone: (951) 955-6300
Facsimile: (951) 955-6363
Email: Jebbrown@rivco.org
       kmoran@rivco.org

Attorneys for Defendant COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON GRAY, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE,<br>    Defendant. | CASE NO. EDCV13-0444 VAP (OP)<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT RE ONGOING DISCUSSIONS BETWEEN COUNSEL**<br><br>**JUDGE:** Hon. Virginia Phillips<br>**DATE:** TBD<br>**TIME:** TBD<br>**COURTROOM:** 8A<br>**LOCATION:** 350 W. First Street, Los Angeles, CA 90012 |

**TO THE HONORABLE COURT:**

Counsel for PLAINTIFFS, QUINTON GRAY, et al., on behalf of themselves and all others similarly situated, and counsel for DEFENDANT, COUNTY OF RIVERSIDE

1

**JOINT STATUS REPORT RE ONGOING DISCUSSIONS BETWEEN COUNSEL**

hereby offer the following further Joint Status Report concerning ongoing discussions between counsel:

1. As the Court is aware, on April 6, 2020, Plaintiff Quinton Gray ("Plaintiff") filed a document captioned "Emergency Motion to Enforce Consent Decree." ("Motion," Dkt. 177). Defendant County of Riverside ("Defendant") opposed the Motion on April 10, 2020 ("Opp.," Dkt. 183).

2. Following the April 13, 2020 hearing on this matter, the Parties engaged in a telephonic mediation before Judge Ramirez on April 17, 2020.

3. Throughout the mediation, Defendant provided information which satisfied a significant number of the issues posed by Plaintiffs. Additional information was provided via email to counsel for Plaintiffs, including:

   a. A written plan detailing the steps that Behavioral Health has taken and will take to provide stimulation for inmates, both those in quarantine/isolation and those not. This document was provided to counsel for Plaintiffs on Tuesday, April 21, 2020, with revised versions incorporating suggestions by Plaintiffs and the mental health expert provided on April 30 and May 4, 2020;

   b. Further details concerning the inmate population, including identification by Correctional Health Services of the number of those inmates who may be at a higher risk of severe illness from COVID-19 due to factors such as age and underlying health condition. This document was provided to counsel for

Plaintiffs on Wednesday, April 22, 2020, with additional information provided subsequently in response to Plaintiffs' requests;

c. A written plan detailing the Sheriff's Department's efforts and commitments to combat the spread of COVID-19 in the jails, including changes in housing, sanitation practices, and personal hygiene. This document was provided to counsel for Plaintiffs on Tuesday, April 21, 2020.

4. Pursuant to an agreement between the Parties, Defendant has provided, and will continue to provide for the length of time that the State of Emergency declared by Governor Newsom on March 4, 2020 exists in California, the following information to counsel for Plaintiffs every Monday, Wednesday, and Friday:

a. the number of COVID-19 tests performed on the incarcerated population;

b. the number of confirmed cases among people living in the jails (including names, booking numbers, and locations) and the number of confirmed cases among jail staff to the extent that information is known and available;

c. the number of people living in the jails who are on quarantine or medical isolation and their location;

d. the number of people living in the jails who have been sent to the hospital with COVID-19 complications; and

e. the number of deaths among people living in the jails, and among staff to the extent that information is known and available.

5. All such information referenced in Paragraph 4 above has been and will continue to be provided to Plaintiffs' counsel pursuant to the Stipulated Protective Order in this matter, signed by the Court on October 21, 2013 (Docket No. 19).

6. On April 29, 2020, Plaintiffs provided a response to the documents produced to date and on May 1, 2020, the Parties conducted a telephonic discussion. Resolution was reached on nearly all outstanding issues. The Parties have scheduled a follow-up conversation, to be held on May 8, 2020, in order to discuss the level of COVID-19 testing of those in custody and any additional remaining issues. The parties also agreed on a process for Plaintiffs to monitor Defendant's implementation of the Plan, including weekly written exchanges as well as telephone calls between Plaintiffs' counsel and Plaintiff class members in the jails.

7. Defendant is also in the process of compiling and providing to Plaintiffs' counsel a complete written plan for care of those in custody, inclusive of all information and documentation previously provided to counsel and/or the Court appointed experts (hereinafter the "Plan"), as modified through negotiation between the Parties. The Plan will be provided to both counsel for Plaintiffs and the Court appointed experts no later than May 13, 2020.

8. Communication between the Parties is ongoing and it is anticipated that agreement will be reached on all outstanding issues. If necessary, however, counsel agree to return to Judge Ramirez on an expedited basis for further mediation assistance.

9. A further status report will be filed with the Court by May 15, 2020 to update the Court on the discussion occurring on May 8, 2020 and the status of Defendant's Plan.

Dated: May 6, 2020

By: /s/ Sara Norman
SARA NORMAN
THE PRISON LAW OFFICE
Attorneys for Plaintiffs,
QUINTON GRAY et al.

Dated: May 6, 2020

By: /s/ Art Cunningham
ARTHUR K. CUNNINGHAM
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Defendant,
COUNTY OF RIVERSIDE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, ARTHUR K. CUNNINGHAM, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Art Cunningham

# PROOF OF SERVICE

## United States District Court Case No. 5:13-cv-00444-VAP-OP

I, the undersigned, say that I am a citizen of the United States and am employed in the county of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is: 3960 Orange Street, Suite 500, Riverside, CA 92501-3611.

On     May 8, 2020    , a true and correct copy of the foregoing document entitled:

**JOINT STATUS REPORT RE MEDIATION EFFORTS AND ONGOING DISCUSSIONS BETWEEN COUNSEL**

was served on all parties pursuant to FRCivP 5(b) as follows:

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710<br>510-280-2621<br>Fax: 510-280-2704<br>Email: dspecter@prisonlaw.com | Arthur Kenneth Cunningham<br>Lewis Brisbois Bisgaard and Smith LLP<br>Tri-City Corp Center<br>650 East Hospitality Lane Suite 600<br>San Bernardino, CA 92408-3508<br>909-387-1130<br>Fax: 909-387-1138<br>Email: akcatty@lbbslaw.com |
| Sara Linda Norman<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710<br>510-280-2621<br>Fax: 510-280-2704<br>Email: snorman@prisonlaw.com | Christopher D Lockwood<br>Arias and Lockwood<br>1881 South Business Center Drive Suite 9A<br>San Bernardino, CA 92408<br>909-890-0125  Fax: 909-890-0185<br>Email:<br>christopher.Lockwood@ariaslockwood.com |
| Shawn Everett Hanson<br>Akin Gump Strauss Hauer and Feld LLP<br>580 California Street 15th Floor<br>San Francisco, CA 94104-1036<br>415-765-9500<br>Fax: 415-765-9501<br>Email: shanson@akingump.com | Stephanie Joy M Tanada<br>Lewis Brisbois Bisgaard and Smith LLP<br>Tri-City Corp Center<br>650 Hospitality Lane Suite 600<br>San Bernardino, CA 92408-3508<br>909-387-1130 Fax: 909-387-1138<br>Email: tanada@lbbslaw.com |
| Danielle C Ginty<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street Suite 1500<br>San Francisco, CA 94104<br>415-765-9500<br>Fax: 415-765-9501<br>Email: dginty@akingump.com | |

1  ☒ TO BE SERVED BY THE COURT VIA THE NOTICE OF ELECTRONIC FILING (NEF). Pursuant to L.R. 5-3.2.3, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the addresses stated.

I declare under penalty of perjury under the laws of the United States of America, State of California that the foregoing is true and correct.

Executed on __May 8, 2020__, at Riverside, California.

*/s/ Michelle Quiroz*
_____
Michelle Quiroz